# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edgar Nafarrate, | No. CV-19-00828-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Moreno's Mexican Grill LLC, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the stipulation of the parties (Doc. 54) and dismissing this case, with prejudice, each party to bear its own fees and costs.

Dated this 8th day of January, 2021.

James A. Teilborg
Senior United States District Judge